# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 15CR 0791-JAH |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Edwin Santiago | ) | Booking No. 49384298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __8/17/15__ the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

_____ Defendant released on $ _____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

__✓__ Defendant sentenced to TIME SERVED, supervised release for __3__ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

JOHN A. HOUSTON

UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT

OR

JOHN MORRILL        Clerk
by
          Deputy Clerk

Received _____
     DUSM

Crim-9   (Rev. 8-11)

☆ U.S. GPO: 1996-783-398/40151

CLERK'S COPY